UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 27, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                     Plaintiff, )
v. )
MICHELLE PETERSEN, )
                     Defendant. )
)

Case No. CR.S-10-0293-EFB

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MICHELLE PETERSEN, Case No. CR.S-10-0293-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __X__   Release on Personal Recognizance

   _____   Bail Posted in the Sum of: $_____

          _____   Unsecured Appearance Bond

          _____ Appearance Bond

   __X__   (Other) Conditions as stated on the record.

   _____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  09-27-10  at 2:25 pm

By _____
Edmund F. Brennan
United States Magistrate Judge