```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
DAVID SNAPP AND TIMOTHY KELLY
Certified Student Attorneys
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MICHELLE PETERSEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 10-CR-0293-EFB |
| ) Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE JURY TRIAL |
| v. ) | |
| MICHELLE PETERSEN, ) | Date:  November 23, 2010 |
| ) Defendant. ) | Time:  9:30 A.M. |
| _____ ) | Judge: Hon. Edward F. Brennan |

It is hereby stipulated and agreed to between the United States of America through Matthew C. Stegman, Assistant U.S. Attorney, and defendant, MICHELLE PETERSEN, by and through her counsel, Linda C. Harter, Chief Assistant Federal Defender, that the trial confirmation hearing set for November 15, 2010 at 10am and the jury trial set for November 23, 2010 at 9:30am, be vacated and set a change of plea hearing on November 29, 2010 at 2pm.

Ms. Petersen has decided to change her plea of not-guilty to

1  guilty with an agreement with the government. The parties stipulate
2  that for the purpose of computing time under the Speedy Trial Act, the
3  Court should exclude time from the date of this order until November
4  29, 2010, under 18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

DATED: November 12, 2010          Respectfully submitted,
                                  DANIEL J. BRODERICK
                                  Federal Defender

                                   /s/ Linda C. Harter
                                  LINDA C. HARTER
                                  Chief Assistant Federal Defender
                                  Attorney for Defendant
                                  MICHELLE PETERSEN

DATED: November 12, 2010          BENJAMIN B. WAGNER
                                  United States Attorney

                                   /s/ Matthew C. Stegman
                                  MATTHEW C. STEGMAN
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED:  November 15, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and ~~Proposed~~ Order
-2-