```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
DAVID SNAPP AND TIMOTHY KELLY
Certified Student Attorneys
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MICHELLE PETERSEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. 10-CR-00293-EFB |
| ) | |
| Plaintiff,   ) | STIPULATION AND ORDER TO SET |
| ) | DISCLOSURE SCHEDULE |
| v.   ) | |
| ) | |
| MICHELLE PETERSEN,   ) | |
| ) | Date:  February 14, 2011 |
| Defendant.   ) | Time:  10:00 A.M. |
| ) | Judge: Hon. Edmund F. Brennan |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through Matthew C. Stegman, Assistant U.S. Attorney, and defendant, MICHELLE PETERSEN, by and through her counsel, Linda C. Harter, Chief Assistant Federal Defender, that the following schedule for disclosure be adopted:

| | |
|---|---|
| Draft PSR due | January 24, 2011 |
| Written objections due | February 7, 2011 |
| PSR filed with the court | February 14, 2011 |

```
1        Motion to correct due                    February 21, 2011
2        Reply or statement of non-opposition     February 28, 2011
3        J&S hearing                              March 7, 2011
4
   DATED: December 17, 2010              Respectfully submitted,
5                                        DANIEL J. BRODERICK
                                         Federal Defender
6

7                                        /S/ Linda C. Harter
                                         LINDA C. HARTER
8                                        Chief Assistant Federal Defender
                                         Attorney for Defendant
9                                        MICHELLE PETERSEN

10

11 DATED: December 17, 2010              BENJAMIN B. WAGNER
                                         United States Attorney
12

13                                       /s/ Matthew C. Stegman
                                         MATTHEW C. STEGMAN
14                                       Assistant U.S. Attorney
                                         Attorney for Plaintiff
15
```

**O R D E R**

**IT IS SO ORDERED.**

DATED: December 20, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and ~~Proposed~~ Order

-2-